| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Ginsburg, Douglas H. | 2. Court or Organization<br><br>D.C. Circuit | 3. Date of Report<br><br>08/22/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | | |
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Professor of Law | NYU |
| 2. | Professor of Law | GMU |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/22/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 7/16/2013 | George Mason University | $173,604.12 |
| 2. 1/1/2013 | NYU | $163,270.95 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU | 1/22/2013 - 1/25/2013 | New York, NY | Teaching | Travel related expenses |
| 2. | NYU | 1/29/2013 - 2/1/2013 | New York, NY | Teaching | Travel related expenses |
| 3. | NYU | 2/6/2013 - 2/8/2013 | New York, NY | Teaching | Travel related expenses |
| 4. | Florida International University College of Law | 2/9/2013 - 2/11/2013 | Miami, FL | Teaching | Travel related expenses |
| 5. | NYU | 2/13/2013 - 2/15/2013 | New York, NY | Teaching | Travel related expenses |
| 6. | NYU | 2/20/2013 - 2/22/2013 | New York, NY | Teaching | Travel related expenses |
| 7. | | | New York, NY | Teaching | Travel related expenses |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ginsburg, Douglas H. | 08/22/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 8. | NYU | 3/6/2013 - 3/8/2013 | New York, NY | Teaching | Travel realted expenses |
| 9. | NYU | 3/12/2013 - 3/15/2013 | New York, NY | Teaching | Travel realted expenses |
| 10. | NYU | 3/27/2013 - 3/29/2013 | New York, NY | Teaching | Travel realted expenses |
| 11. | NYU | 3/2013 - 3/2013 | New York, NY | Teaching | Travel realted expenses |
| 12. | NYU | 3/16/2013 - 3/18/2013 | New York, NY | Teaching | Travel realted expenses |
| 13. | NYU | 4/16/2013 - 4/19/2013 | New York, NY | Teaching | Travel realted expenses |
| 14. | NYU | 4/25/2013 - 4/26/2013 | New York, NY | Teaching | Travel realted expenses |
| 15. | GMU | 5/03 - 5/6/2013 | Chicago, Illinois | Professional Association | Travel related expenses |
| 16. | GMU | 5/28/2014 - 5/2013 | London, United Kingdom | Teaching | Travel related expenses |
| 17. | NYU | 6/1/2013 - 6/7/2013 | London, United Kingdom | Teaching | Travel related expenses |
| 18. | University College, London | 6/7/2013 - 6/11/2013 | London, United Kingdom | Teaching | Travel related expenses |
| 19. | GMU | 6/11/2013 - 6/18/2013 | Athens, Greece | Teaching | Travel related expenses |
| 20. | GMU | 7/12/2013 - 7/15/2013 | San Francisco, CA | Teaching | Travel related expenses |
| 21. | GMU | 7/24/2013 - 7/24/2013 | Bangor, ME | Teaching | Travel related expenses |
| 22. | Federalist Society | 9/26/2013 - 9/27/2013 | New Haven , CT | Professional Association | Travel related expenses |
| 23. | GMU | 10/03/2013 - 10/5/2013 | Chicago, Illinois | Teaching | Travel related expenses |
| 24. | Federalist Society | 10/24/2013 - 10/29/2013 | Paris, France | Professional Association | Travel related expenses |
| 25. | GMU | 11/14/2013 - 11/15/2013 | New York, NY | Teaching | Travel related expenses |
| 26. | NYU | 11/2013 - 11/2013 | New York, NY | Teaching | Travel related expenses |
| 27. | GMU | 11/29/2013 - 12/2/2013 | New York, NY | Teaching | Travel related expenses |
| 28. | GMU | 12/7/2013 - 12/11/2013 | New York, NY | Teaching | Travel related expenses |
| 29. | GMU | 12/23/2013 - 12/23/2013 | St. Louis, MO | Teaching | Travel related expenses |
| 30. | GMU | 12/27/32013 - 12/27/2013 | West Palm Beach, FL | Teaching | Travel related expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Gooding, Douglas H. | 05/22/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period Amount Code 1 (A-H) | Type (e.g. div., rent, int.) | C. Gross value at end of reporting period Value Code 2 (J-P) | Value Method Code 3 (Q-W) | D. Transactions during reporting period Type (e.g. buy, sell, redemption) | Date mm/dd/yy | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. DJAA... | | None | | | | | | | |
| 4. MBRXX | | None | M | T | | | | | |
| 6. DKS | | None | | | Sold | 08/23/13 | K | E | |
| 7. ECL | H | Dividend | M | T | | | | | |
| | | Dividend | | | | | | | |
| | | Sold | | | | | | | |
| 11. HAS | C | Dividend | | | Sold | 12/27/13 | | | |
| 12. PEP | A | Dividend | K | L | | | | | |
| 13. SRCL | | None | M | T | | | | | |
| 14. BHP | | Dividend | | | Sold | 08/30/13 | K | D | |
| 15. KO | A | Dividend | | | Sold | 03/11/13 | K | E | |
| 16. TSCO | B | Dividend | M | T | | | | | |
| | | Dividend | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | Amount Code | Type | Value Code | Value Method | Type | Date | Value Code | Gain Code |
| 18. MIN | B | Dividend | | | Buy | | | |
| 19. AGN | A | Dividend | L | T | | | | |
| 20. SYK | B | Dividend | L | T | | | | |
| 21. HSTM | | None | | | | | | |
| 22. KMX | | None | L | T | | | | |
| 23. COO | A | Dividend | L | T | | | | |
| 24. | | Dividend | | | | | | |
| 25. NGVC | | None | M | L | Buy (add'l) | 04/18/13 | J | |
| 26. | | Dividend | L | | | (part) | | |
| 27. | | | | | Sold (part) | 02/01/13 | L | |
| 28. | | | | | (part) | | | |
| 29. SVU | | Dividend | M | | | | | |
| 30. | | Dividend | M | | Sold | | | |
| 31. | | | | | Buy (add'l) | 08/07/13 | K | |
| 32. | | | | | Buy (add'l) | 08/07/13 | K | |
| 33. | | None | | | Sold | 02/18/13 | | |
| 34. | | | | | Sold | 07/11/13 | L | |

FINANCIAL DISCLOSURE REPORT
Page 7 of 16

Name of Person Reporting
Ginsburg, Douglas H.

Date of Report
08/22/2014

## VII. INVESTMENTS and TRUSTS

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | Amount Code (A-H) | Type (e.g. div., rent, int.) | Value Code (J-P) | Value Method (Q-W) | Type (e.g. buy, sell) | Date mm/dd/yy | Value Code (J-P) | Gain Code (A-H) |
| 35. BMY | | Dividend | M | T | Buy | 07/22/13 | | |
| 36. IDXX | B | Dividend | M | T | Buy | 07/22/13 | L | |
| 37. IDXX | | None | M | T | Buy | 08/02/13 | K | |
| 38. SLCA | B | Dividend | M | T | Buy | 07/22/13 | M | |
| 39. LULU | | None | L | T | Buy | 10/23/13 | L | |
| 40. PINC | | None | M | T | Buy | 10/23/13 | J | |
| 41. Federated Gov't Cash Series: Nations Fin'l G (Net/Wells Fargo Bank) | A | Interest | O | T | | | | |
| 42. | | Dividend | | T | | | | |
| 43. TGT | | Dividend | K | T | | | | |
| 44. MRK | A | Dividend | K | J | | | | |
| 45. USO (USO) (capped USO) | | None | | T | | | | |
| 46. RDS A | B | Dividend | K | T | | | | |
| 47. CVX | B | Dividend | L | T | Buy | 07/19/13 | J | |
| 48. AA | | None | | | Sold | 08/30/13 | J | |
| 49. HAL | C | Dividend | | | | | | |
| 50. Mar | | None | | | Sold | 08/30/13 | | |
| 51. AMGN | | None | | | Sold | 08/30/13 | J | C |

1. Income Gain Codes        A =$1,000 or less      B =$1,001 - $2,500
(See Columns B1 and D4)     F =$50,001 - $100,000    G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less
(See Columns C1 and D3)     N =$250,001 - $500,000   O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment                 T =Cash Market
(See Column C2)

FINANCIAL DISCLOSURE REPORT

Page 8 of 16

Name of Person Reporting

Glashausg, Douglas H.

Date of Report

08/22/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JNJ | | A | Dividend | K | T | Sold (part) | 08/30/13 | J | B | |
| 53. JPM | | None | | | | Sold | 08/30/13 | J | | |
| 54. NYX | | None | | | | Sold | 08/30/13 | K | | |
| 55. QCOM | | None | | | | Sold | 08/30/13 | J | C | |
| 56. NVS | | None | | | | Sold | 08/30/13 | J | B | |
| 57. SKT | | A | Dividend | K | T | | | | | |
| 58. PM | | D | Dividend | M | T | | | | | |
| 59. GG | | A | Dividend | J | T | | | | | |
| 60. CHK | | A | Dividend | K | T | Buy | 08/30/13 | K | | |
| 61. KO | | B | Dividend | K | T | | | | | |
| 62. CHK | | None | | | | Sold | 08/30/13 | K | | |
| 63. BA | | A | Dividend | K | T | | | | | |
| 64. CSCO | | A | Dividend | J | T | | | | | |
| 65. CDE | | None | | K | T | | | | | |
| 66. DVN | | A | Dividend | K | T | | | | | |
| 67. KMP | | C | Dividend | L | T | | | | | |
| 68. MMP | | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MSFT | A | Dividend | K | T | | | | | |
| 70. SIAL | A | Dividend | K | T | | | | | |
| 71. BP | B | Dividend | K | T | | | | | |
| 72. KO | A | Dividend | K | T | | | | | |
| 73. ESRX | | None | N | T | Buy (add'l) | 02/25/13 | L | | |
| 74. | | | | | Buy (add'l) | 05/28/13 | K | | |
| 75. | | | | | Buy (add'l) | 06/07/13 | K | | |
| 76. | | | | | Sold (part) | 08/30/13 | J | | |
| 77. MON | A | Dividend | K | T | | | | | |
| 78. SIAL | A | Dividend | L | T | | | | | |
| 79. SLB | B | Dividend | L | T | | | | | |
| 80. XEL | A | Dividend | J | T | | | | | |
| 81. TMCO | | None | K | T | | | | | |
| 82. US Treasury Note 912828HW3 | | None | | | Matured | 04/15/13 | L | D | |
| 83. CME Group Bond 12572QAD7 | B | Interest | K | T | | | | | |
| 84. Verizon Comm. Bond 92343VAN4 | | None | | | Matured | 04/15/13 | K | | |
| 85. GLD | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JCI | | None | | | Sold | 02/08/13 | K | C | |
| 87. RHI | | None | | | Sold | 07/23/13 | L | E | |
| 88. WSO | | None | | | Sold | 01/17/13 | L | D | |
| 89. AMZN | | None | L | T | | | | | |
| 90. Procter & Gamble SR Note | B | Interest | K | T | | | | | |
| 91. DUK | B | Dividend | K | T | | | | | |
| 92. EMR | B | Dividend | L | T | | | | | |
| 93. ETE | B | Dividend | K | T | | | | | |
| 94. FHCO | B | Dividend | K | T | | | | | |
| 95. NEE | A | Dividend | K | T | | | | | |
| 96. NRGY (Renamed: CEQP) | A | Dividend | J | T | | | | | |
| 97. MCD | B | Dividend | K | T | | | | | |
| 98. NI | B | Dividend | K | T | | | | | |
| 99. NU | A | Dividend | K | T | | | | | |
| 100. NVS | A | Dividend | J | T | | | | | |
| 101. RGP | B | Dividend | K | T | | | | | |
| 102. FMO | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. KYN | B | Dividend | K | T | | | | | |
| 104. TYG | B | Dividend | K | T | | | | | |
| 105. ACN | A | Dividend | K | T | Buy (add'l) | 05/15/13 | J | | |
| 106. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 107. CVX | B | Dividend | L | T | | | | | |
| 108. CBSH | A | Dividend | K | T | | | | | |
| 109. ECL | A | Dividend | K | T | | | | | |
| 110. INTC | | None | | | Sold | 04/30/13 | J | A | |
| 111. ZOLT | | None | K | T | | | | | |
| 112. EEP | B | Dividend | K | T | | | | | |
| 113. ETP | B | Dividend | K | T | | | | | |
| 114. PAA | A | Dividend | K | T | | | | | |
| 115. OKS | B | Dividend | K | T | | | | | |
| 116. BA | A | Dividend | K | T | | | | | |
| 117. HDPSX | | None | L | T | | | | | |
| 118. TEVA | | None | | | Sold | 04/30/13 | K | | |
| 119. GLD | | None | | | Sold | 05/20/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PETM | | None | | | Buy (add'l) | 03/07/13 | J | | |
| 121. | | | | | Sold | 09/09/13 | K | D | |
| 122. Wells Fargo Bank (bank deposit sweep) | A | Interest | K | T | | | | | |
| 123. CMG | | None | L | T | Buy (add'l) | 10/09/13 | K | | |
| 124. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 125. DHR | A | Dividend | L | T | | | | | |
| 126. ETR | | None | | | Sold | 10/09/13 | J | D | |
| 127. HCSG | B | Dividend | L | T | | | | | |
| 128. PX | B | Dividend | L | T | Buy (add'l) | 10/09/13 | K | | |
| 129. V | A | Dividend | M | T | | | | | |
| 130. KSU | A | Dividend | K | T | | | | | |
| 131. WMB | B | Dividend | K | T | | | | | |
| 132. GBDC | B | Dividend | K | T | | | | | |
| 133. HRZN | | None | | | Buy (add'l) | 05/15/13 | J | | |
| 134. | | | | | Sold (part) | 12/02/13 | J | | |
| 135. | | | | | Sold | 12/03/13 | J | | |
| 136. QCOM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NKE | A | Dividend | L | T | | | | | |
| 138. GOOG | | None | | | Sold | 02/20/13 | K | C | |
| 139. ARRY | | None | | | Sold | 04/30/13 | J | C | |
| 140. NMFC | B | Dividend | K | T | | | | | |
| 141. AAPL | A | Dividend | K | T | | | | | |
| 142. LNCO | C | Dividend | K | T | Buy | 02/20/13 | K | | |
| 143. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 144. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 145. CIHIX | B | Dividend | K | T | Buy | 05/14/13 | K | | |
| 146. AFRYX | B | Dividend | K | T | Buy | 05/15/13 | K | | |
| 147. AMT | A | Dividend | K | T | Buy | 06/21/13 | K | | |
| 148. NRGM (Renamed: CMLP) | A | Dividend | J | T | Spinoff (from line 96) | 06/19/13 | J | | |
| 149. RIG | A | Dividend | K | T | Buy | 07/30/13 | K | | |
| 150. HCP | | None | | | Buy | 08/08/13 | K | | |
| 151. | | | | | Sold | 12/02/13 | K | | |
| 152. AMZN | | None | K | T | Buy | 11/11/13 | K | | |
| 153. CELG | | None | K | T | Buy | 11/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. TCS | | None | K | T | Buy | 12/04/13 | K | | |
| 155. CSOD | | None | K | T | Buy | 12/04/13 | K | | |
| 156. CHD | B | Dividend | M | T | Buy | 1/15/13 | L | | |
| 157. | | | | | Buy (add'l) | 11/21/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas H. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544